Nicholas L. Coch
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9118
Facsimile: (212) 715-8000

Talivaldis Cepuritis
Joseph M. Kuo
Anita M. Cepuritis
Brian R. Michalek
Olson & Cepuritis, Ltd.
20 North Wacker Drive, 36th Floor
Chicago, Illinois 60606
Telephone: (312) 580-1180
Facsimile: (312) 580-1189

*Attorneys for Defendant-Counterclaimant BestMed, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEDISIM, LTD<br><br>                    Plaintiff - Counterdefendant<br>     v.<br><br>BESTMED, LLC<br><br>                    Defendant - Counterclaimant | Civil Action No.: 10-cv-2463 (SAS) (RLE)<br><br>**DEFENDANT BESTMED, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

**NOTICE IS HEREBY GIVEN** that, BestMed, LLC will hereby and does move before the Honorable Judge Scheindlin, Judge of the United States District Court for the Southern District of New York, at a time and place to be scheduled by this Court, for an order granting BestMed, LLC's Motion for Summary Judgment that there is no genuine issue as to any material fact, and that BestMed, LLC is entitled to judgment as a matter of law that:

   1) BestMed, LLC is Not Liable for Unfair Competition or False Designation under 15 U.S.C. §1125(a);

2) BestMed, LLC is Not Liable for Unfair Competition under New York Common Law;

3) BestMed, LLC is Not Liable for False Advertising under 15 U.S.C. §1125(a);

4) BestMed, LLC is Not Liable for False Advertising under N.Y. Gen. Bus. Law §350;

5) BestMed, LLC is Not Liable for Deceptive Acts and Practices under N.Y. Gen Bus. Law §349;

6) BestMed, LLC is Not Liable for Unjust Enrichment under New York Common Law;

7) Medisim, Ltd. is Not Entitled to Attorney's Fees for Any Alleged Infringement of its Copyright;

8) Medisim, Ltd. is Not Entitled to Reasonable Royalties for the Provisional Rights Period;

9) U.S. Patent No. 7,597,668 is Invalid for Lack of Enablement;

10) BestMed, LLC Does Not Infringe U.S. Patent No. 7,597,668; and

11) Any further relief as this Court may deem just, proper, and equitable.

This Motion is based on BestMed, LLC's Memorandum of Law in Support of its Motion for Summary Judgment, BestMed, LLC's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, the Declaration of Carl E. Jennison, and the Declaration of Brian R. Michalek with all exhibits thereto submitted concurrently.

                                             Respectfully submitted,

Dated: August 10, 2012        By:   /s/ Joseph M. Kuo
                                               Talivaldis Cepuritis
                                               Joseph M. Kuo
                                               Anita M. Cepuritis
                                               Brian R. Michalek
                                               Olson & Cepuritis, Ltd.
                                               20 North Wacker Drive, 36th Floor
                                               Chicago, Illinois 60606
                                               Telephone: (312) 580-1180
                                               Facsimile: (312) 580-1189

Nicholas L. Coch
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9118
Facsimile: (212) 715-8000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2012, a copy of the foregoing **DEFENDANT BESTMED, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** was electronically filed with the Court via ECF which thereby served an e-mail notice upon the attorneys listed below:

>Scott S. Christie
>Keith J. McWha
>MCCARTER & ENGLISH, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, NJ 07102-4056
>Tel. No. (973) 622-4444
>Fax No. (973) 624-7070
>E-mail: schristie@mccarter.com
>           kmcwha@mccarter.com

                        /s/ Joseph M. Kuo