# EXHIBIT B

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

The following chart is an explanation of the codes used by BestMed in objecting to

Medisim's Trial Exhibits:

A – Authenticity; the exhibit has not been properly authenticated for admission into evidence. Fed. R. Evid. 104, 901.

I – Inadmissible; contains inadmissible matter

R – Relevancy; the exhibit is irrelevant; it does not tend to make the existence of any fact that is of consequence to the determination of this action more probable or less probable than it would be without the evidence. Fed. R. Evid. 401.

H – Hearsay; the exhibit or testimony consists of an out-of court statement offered into evidence to prove the truth of the matter asserted. Fed. R. Evid. 802.

NP – No personal knowledge; the witness lacks personal knowledge and is not competent to testify regarding the subject matter. Fed. R. Evid. 602.

BE – The information in the exhibit is less reliable and less pertinent than other evidence, and should be excluded pursuant to the best evidence rule. Fed. R. Evid. 403, 1001, 1002, 1003, 1004, 1007.

UP – probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence. Fed. R. Evid. 403.

D – Not produced during fact discovery.

OX – Outside scope of expert report.

LI – Document identified as a trial exhibit after the deadline established by the parties

DEMO – BestMed objects to the admission into evidence of any demonstrative exhibits. Moreover, it appears these documents have either not been created yet or have not been produced. BestMed would need to actually see the document before it can reasonably object. Until that time, BestMed reserves all objections to the documents.

DUP – Duplicative of documents on BestMed's Trial Exhibit List.

ARG – Argumentative; the question, answer, or both contain improper arguments so as to be objectionable under the Federal Rules of Evidence.

F – Foundation; the exhibit or testimony lacks supporting foundation. Fed. R. Evid. 401, 402, 403.

V – Vague; the question contains vague, ambiguous, or undefined terms.

U – Unintelligible; all or part of the exhibit or question is illegible, unintelligible, or unreadable. Fed. R. Evid. 401, 1003.

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-1 | | | BestMed Reply to Rule 56.1 Statement [D.E. 118] | Cannot Respond |
| PTX-2 | | | BestMed Responsive Rule 56.1 Statement [D.E. 101] | Cannot Respond |
| PTX-3 | | | BestMed Rule 26(a) Initial Disclosures | Cannot Respond |
| PTX-4 | | | BestMed Rule 56.1 Statement [D.E. 96] | Cannot Respond |
| PTX-5 | | | BestMed Surreply to Rule 56.1 Statement [D.E. 122] | Cannot Respond |
| PTX-6 | | | Carter Attachment 2 ("Publicly Available Information") | Cannot Respond |
| PTX-7 | | | DX-001 | R |
| PTX-8 | | | DX-005 | |
| PTX-9 | | | DX-006 | |
| PTX-10 | | | DX-010 | R |
| PTX-11 | MED014586 | MED014588 | DX-011 | R, H |
| PTX-12 | MED014597 | MED014598 | DX-012 | |
| PTX-13 | MED004938 | MED004953 | DX-013 | |
| PTX-14 | MED013362 | MED013371 | DX-014 | |
| PTX-15 | MED004964 | MED004980 | DX-015 | |
| PTX-16 | MED004924 | MED004929 | DX-016 | |
| PTX-17 | B000007 | B000009 | DX-017 | |
| PTX-18 | MED014615 | | DX-018 | |
| PTX-19 | B000010 | B000011 | DX-019 | |
| PTX-20 | MED016612 | MED016613 | DX-020 | |
| PTX-21 | B000016 | B000017 | DX-021 | |
| PTX-22 | B000001 | | DX-022 | |
| PTX-23 | B000002 | | DX-023 | |
| PTX-24 | MED018046 | | DX-024 | |
| PTX-25 | MED016266 | | DX-025 | |
| PTX-26 | MED015963 | | DX-026 | |
| PTX-27 | MED018043 | MED018045 | DX-027 | |
| PTX-28 | B000018 | | DX-028 | |
| PTX-29 | MED015860 | MED015861 | DX-029 | |
| PTX-30 | B000021 | B000022 | DX-030 | |
| PTX-31 | MED018076 | | DX-031 | |
| PTX-32 | B000075 | B000093 | DX-032 | |
| PTX-33 | MED000344 | MED000359 | DX-033 | |
| PTX-34 | MED000417 | MED000418 | DX-034 | |
| PTX-35 | MED000561 | | DX-035 | |
| PTX-36 | MED000574 | MED000610 | DX-036 | |
| PTX-37 | MED000851 | MED000894 | DX-037 | |
| PTX-38 | MED001187 | MED001227 | DX-038 | |
| PTX-39 | B000094 | B000095 | DX-039 | |
| PTX-40 | MED000001 | MED000010 | DX-040 | |
| PTX-41 | MED000011 | MED000298 | DX-041 | |
| PTX-42 | MED004861 | MED004863 | DX-042 | |
| PTX-43 | MED002213 | | DX-046 | |
| PTX-44 | B057097 | B057098 | DX-047 ( | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-45 | B057090 | B057096 | DX-048 | |
| PTX-46 | B057075 | B057078 | DX-050 | |
| PTX-47 | | | DX-052 | R |
| PTX-48 | | | DX-053 | |
| PTX-49 | | | DX-054 | |
| PTX-50 | | | DX-055 | R |
| PTX-51 | | | DX-056 | R, H, A |
| PTX-52 | | | DX-062 | |
| PTX-53 | | | DX-063 | |
| PTX-54 | | | DX-064 | |
| PTX-55 | | | DX-065 | |
| PTX-56 | | | DX-066 | |
| PTX-57 | | | DX-067 - Exhibit 1 | |
| PTX-58 | | | DX-067 - Exhibit 2 | |
| PTX-59 | | | DX-067 - Exhibit 3 | |
| PTX-60 | | | Ex. A to Affirmation of Keith McWha [D.E. 106] | |
| PTX-61 | | | Ex. B to Affirmation of Keith McWha [D.E. 106] | |
| PTX-62 | | | Ex. I to Supp. Affirmation of Keith McWha [D.E. 114] | |
| PTX-63 | | | Ex. J to Supp. Affirmation of Keith McWha [D.E. 114] | |
| PTX-64 | | | Ex. L to Affirmation of Keith McWha [D.E. 106] | |
| PTX-65 | | | Goldberg 001 | |
| PTX-66 | | | Goldberg 002 | |
| PTX-67 | | | Goldberg 004 | |
| PTX-68 | | | Goldberg 005 | |
| PTX-69 | | | Goldberg 012 | |
| PTX-70 | | | Goldberg 013 | |
| PTX-71 | | | Goldberg 014 | |
| PTX-72 | | | Goldberg 015 | |
| PTX-73 | | | Goldberg 016 | |
| PTX-74 | | | Goldberg 017 | |
| PTX-75 | | | Goldberg 018 | |
| PTX-76 | | | Goldberg 021 | |
| PTX-77 | | | Goldberg 022 | |
| PTX-78 | | | Goldberg 023 | |
| PTX-79 | | | Goldberg 025 | |
| PTX-80 | | | Goldberg 027 | |
| PTX-81 | | | Goldberg 028 | |
| PTX-82 | | | Goldberg 030 | |
| PTX-83 | | | Goldberg 031 | |
| PTX-84 | | | Goldberg 032 | |
| PTX-85 | | | Goldberg 033 | |
| PTX-86 | | | Goldberg 034 | |
| PTX-87 | | | Goldberg 035 | |
| PTX-88 | | | Goldberg 036 | |
| PTX-89 | | | Goldberg 037 | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-90 | | | Goldberg 038 | |
| PTX-91 | | | Goldberg 039 | |
| PTX-92 | | | Goldberg 040 | |
| PTX-93 | | | Goldberg 041 | |
| PTX-94 | | | Goldberg 042 | |
| PTX-95 | | | Goldberg 043 | |
| PTX-96 | | | Goldberg 044 | |
| PTX-97 | | | Goldberg 045 | |
| PTX-98 | | | Goldberg 046 | |
| PTX-99 | | | Goldberg 047 | |
| PTX-100 | | | Goldberg 048 | |
| PTX-101 | | | Goldberg 049 | |
| PTX-102 | | | Goldberg 050 | |
| PTX-103 | | | Goldberg 051 | |
| PTX-104 | | | Goldberg 052 | |
| PTX-105 | | | Goldberg 053 | |
| PTX-106 | MED000011 | MED000298 | Goldberg 054 | |
| PTX-107 | | | Goldberg 055 | |
| PTX-108 | | | Goldberg 056 | |
| PTX-109 | | | Goldberg 057 | |
| PTX-110 | | | Goldberg 062 | |
| PTX-111 | | | Goldberg 063 | |
| PTX-112 | | | Goldberg 064 | |
| PTX-113 | | | Goldberg 065 | |
| PTX-114 | | | Goldberg 066 | |
| PTX-115 | | | Goldberg 067 | |
| PTX-116 | | | Goldberg 068 | |
| PTX-117 | | | Goldberg 069 | |
| PTX-118 | | | Goldberg 070 | |
| PTX-119 | | | Goldberg 071 | |
| PTX-120 | | | Goldberg 072 | |
| PTX-121 | | | Goldberg 073 | |
| PTX-122 | | | Goldberg 074 | |
| PTX-123 | | | Goldberg 075 | |
| PTX-124 | | | Goldberg 076 | |
| PTX-125 | | | Goldberg 077 | |
| PTX-126 | MED015647 | MED000653 | Goldberg 080 | |
| PTX-127 | MED016815 | MED016826 | Goldberg 081 | |
| PTX-128 | MED016836 | MED016898 | Goldberg 082 | |
| PTX-129 | MED016833 | MED016835 | Goldberg 083 | |
| PTX-130 | MED015681 | MED015718 | Goldberg 084 | |
| PTX-131 | MED018173 | MED018198 | Goldberg 085 | |
| PTX-132 | K-J 00068 | K-J 00073 | Goldberg 086 | |
| PTX-133 | | | Goldberg 087 | |
| PTX-134 | | | Goldberg 088 | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-135 | | | Goldberg 089 | |
| PTX-136 | K-J 00105 | K-J 00119 | Goldberg 090 | |
| PTX-137 | K-J 00085 | K-J 00086 | Goldberg 091 | |
| PTX-138 | | | Goldberg 092 | |
| PTX-139 | | | Goldberg 093 | |
| PTX-140 | K-J 01361 | K-J 01403 | Goldberg 094  (PX-40) | |
| PTX-141 | K-J 01416 | K-J 01426 | Goldberg 094  (PX-40) | |
| PTX-142 | K-J 01428 | | Goldberg 094  (PX-40) | |
| PTX-143 | K-J 01431 | K-J 01433 | Goldberg 094  (PX-40) | |
| PTX-144 | K-J 01484 | | Goldberg 094  (PX-40) | |
| PTX-145 | K-J 01749 | K-J 01772 | Goldberg 094  (PX-40) | |
| PTX-146 | K-J 02867 | K-J 02870 | Goldberg 095 | |
| PTX-147 | | | Goldberg 096 | |
| PTX-148 | | | Goldberg 097 | |
| PTX-149 | | | Goldberg 098 | |
| PTX-150 | | | Goldberg 099 | |
| PTX-151 | | | Goldberg 100 | |
| PTX-152 | | | Goldberg 101 | |
| PTX-153 | K-J 01955 | K-J 01956 | Goldberg 102 | |
| PTX-154 | B057159 | | Goldberg 103 | |
| PTX-155 | | | Goldberg 104 | |
| PTX-156 | | | Goldberg 105 | |
| PTX-157 | | | Goldberg 106 | |
| PTX-158 | | | Goldberg 107 | |
| PTX-159 | | | Goldberg 108 | |
| PTX-160 | | | Goldberg 109 | |
| PTX-161 | | | Goldberg 110 | |
| PTX-162 | | | Goldberg 111 | |
| PTX-163 | | | Goldberg 112 | |
| PTX-164 | | | Goldberg 113 | |
| PTX-165 | | | Goldberg 114 | |
| PTX-166 | | | Goldberg 115 | |
| PTX-167 | | | Goldberg 116 | |
| PTX-168 | MED014586 | MED014588 | Goldberg 118 (DX-11) | |
| PTX-169 | MED014597 | MED014589 | Goldberg 119 (DX-12) | |
| PTX-170 | MED004938 | MED004953 | Goldberg 120 (DX-13) | |
| PTX-171 | MED013362 | MED013371 | Goldberg 121 (DX-14) | |
| PTX-172 | MED004964 | MED004980 | Goldberg 122 (DX-15) | |
| PTX-173 | MED004924 | MED004929 | Goldberg 123 (DX-16) | |
| PTX-174 | B000007 | B000009 | Goldberg 124 (DX-17) | |
| PTX-175 | MED014614 | | Goldberg 125 (DX-18) | |
| PTX-176 | B000010 | B000011 | Goldberg 126 (DX-19) | |
| PTX-177 | MED016612 | | Goldberg 127 (DX-20) | |
| PTX-178 | B000016 | B000017 | Goldberg 128 (DX-21) | |
| PTX-179 | | | Goldberg 129 (DX-22) | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-180 | | | Goldberg 130 (DX-23) | |
| PTX-181 | MED018046 | | Goldberg 131 (DX-24) | |
| PTX-182 | MED016226 | | Goldberg 132 (DX-25) | |
| PTX-183 | MED015963 | | Goldberg 133 (DX-26) | |
| PTX-184 | MED018043 | MED018045 | Goldberg 134 (DX-27) | |
| PTX-185 | B00018 | | Goldberg 135 (DX-28) | |
| PTX-186 | MED015860 | MED015861 | Goldberg 136 (DX-29) | |
| PTX-187 | B000021 | B000022 | Goldberg 137 (DX-30) | |
| PTX-188 | MED018076 | | Goldberg 138 (DX-31) | |
| PTX-189 | B000075 | B000093 | Goldberg 139 (DX-32) | |
| PTX-190 | MED000344 | MED000359 | Goldberg 140 (DX-33) | |
| PTX-191 | MED000417 | MED000418 | Goldberg 141 (DX-34) | |
| PTX-192 | MED000561 | | Goldberg 142 (DX-35) | |
| PTX-193 | MED000574 | MED000779 | Goldberg 143 (DX-36) | |
| PTX-194 | MED000851 | MED000894 | Goldberg 144 (DX-37) | |
| PTX-195 | MED001187 | MED001227 | Goldberg 145 (DX-38) | |
| PTX-196 | B000094 | B000095 | Goldberg 146 (DX-39) | |
| PTX-197 | MED004861 | MED004863 | Goldberg 147 (DX-42) | |
| PTX-198 | MED000848 | MED000850 | Goldberg 148 (DX-43) | |
| PTX-199 | MED002396 | MED002397 | Goldberg 149 (DX-44) | |
| PTX-200 | MED002688 | | Goldberg 150 (DX-45) | |
| PTX-201 | MED002213 | | Goldberg 151 (DX-46) | |
| PTX-202 | B057097 | B057098 | Goldberg 152 (DX-47) | |
| PTX-203 | B057090 | B057096 | Goldberg 153 (DX-48) | |
| PTX-204 | B057075 | B057078 | Goldberg 154 (DX-50) | |
| PTX-205 | | | Goldberg 155 (DX-52) | |
| PTX-206 | B000012 | | Goldberg 156 | |
| PTX-207 | B000013 | | Goldberg 157 | |
| PTX-208 | B000014 | B000015 | Goldberg 158 | |
| PTX-209 | B000018 | | Goldberg 159 | |
| PTX-210 | B000019 | B000020 | Goldberg 160 | |
| PTX-211 | B000021 | B000022 | Goldberg 161 | |
| PTX-212 | B000023 | B000025 | Goldberg 162 | |
| PTX-213 | B000026 | B000027 | Goldberg 163 | |
| PTX-214 | B000028 | | Goldberg 164 | |
| PTX-215 | B000029 | | Goldberg 165 | |
| PTX-216 | B000031 | B000033 | Goldberg 166 | |
| PTX-217 | B000034 | B000035 | Goldberg 167 | |
| PTX-218 | B000036 | B000038 | Goldberg 168 | |
| PTX-219 | B000039 | | Goldberg 169 | |
| PTX-220 | B000040 | | Goldberg 170 | |
| PTX-221 | B000041 | | Goldberg 171 | |
| PTX-222 | B000042 | B000043 | Goldberg 172 | |
| PTX-223 | B000044 | B000046 | Goldberg 173 | |
| PTX-224 | B000047 | B000048 | Goldberg 174 | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-225 | B000049 | | Goldberg 175 | |
| PTX-226 | B000050 | B000051 | Goldberg 176 | |
| PTX-227 | B000052 | B000053 | Goldberg 177 | |
| PTX-228 | B000054 | | Goldberg 178 | |
| PTX-229 | B000055 | | Goldberg 179 | |
| PTX-230 | B000056 | | Goldberg 180 | |
| PTX-231 | B000057 | B000058 | Goldberg 181 | |
| PTX-232 | B000059 | B000066 | Goldberg 182 | |
| PTX-233 | B000067 | B000068 | Goldberg 183 | |
| PTX-234 | B000069 | | Goldberg 184 | |
| PTX-235 | B000070 | | Goldberg 185 | |
| PTX-236 | B000071 | B000072 | Goldberg 186 | |
| PTX-237 | MED015393 | | Goldberg 187 | |
| PTX-238 | MED014369 | | Goldberg 188 | |
| PTX-239 | MED014213 | | Goldberg 189 | |
| PTX-240 | MED013768 | MED013773 | Goldberg 190 | |
| PTX-241 | MED005060 | MED005066 | Goldberg 191 | |
| PTX-242 | | | Goldberg Rebuttal Ex. B – 030 | |
| PTX-243 | B058647 | B058654 | Goldberg Rebuttal Ex. B – 035 | |
| PTX-244 | B058637 | B058645 | Goldberg Rebuttal Ex. B – 041 | |
| PTX-245 | | | Goldberg Rebuttal Ex. B – 051 | |
| PTX-246 | LIPSON00065 | LIPSON00067 | Goldberg Rebuttal Ex. B - 062 | |
| PTX-247 | LIPSON00057 | LIPSON00060 | Goldberg Rebuttal Ex. B - 064 | |
| PTX-248 | LISPON00033 | LIPSON00036 | Goldberg Rebuttal Ex. B - 065 | |
| PTX-249 | LIPSON00001 | LIPSON00007 | Goldberg Rebuttal Ex. B - 066 | |
| PTX-250 | | | Goldberg Rebuttal Ex. B - 067 | |
| PTX-251 | MED000067 | MED000073 | Goldberg Rebuttal Ex. B – 068 | |
| PTX-252 | | | Goldberg Rebuttal Ex. B – 069 | |
| PTX-253 | | | Goldberg Rebuttal Ex. B – 070 | |
| PTX-254 | LIPSON00012 | LIPSON00032 | Goldberg Rebuttal Ex. B – 071 | |
| PTX-255 | | | Goldberg Rebuttal Ex. B – 072 | |
| PTX-256 | | | Goldberg Rebuttal Ex. B – 073 | |
| PTX-257 | | | Goldberg Rebuttal Ex. B – 074 | |
| PTX-258 | | | Goldberg Rebuttal Ex. B – 075 | |
| PTX-259 | | | Goldberg Rebuttal Ex. B – 076 | |
| PTX-260 | | | Goldberg Rebuttal Ex. B - 077 | |
| PTX-261 | K-J 00068 | K-J 00073 | Goldberg Rebuttal Ex. B – 078 | |
| PTX-262 | MED005060 | MED005066 | Goldberg Rebuttal Ex. B – 079 | |
| PTX-263 | K-J 00105 | K-J 00119 | Goldberg Rebuttal Ex. B – 081 | |
| PTX-264 | | | Goldberg Rebuttal Ex. B – 082 | |
| PTX-265 | | | Goldberg Rebuttal Ex. B – 083 | |
| PTX-266 | | | Goldberg Rebuttal Ex. B – 084 | |
| PTX-267 | | | Goldberg Rebuttal Ex. B – 085 | |
| PTX-268 | | | Goldberg Rebuttal Ex. B – 086 | |
| PTX-269 | | | Goldberg Rebuttal Ex. B – 087 | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-270 | | | Goldberg Rebuttal Ex. B – 088 | |
| PTX-271 | | | Goldberg Rebuttal Ex. B – 089 | |
| PTX-272 | | | Goldberg Rebuttal Ex. B – 090 | |
| PTX-273 | | | Goldberg Rebuttal Ex. B – 091 | |
| PTX-274 | | | Goldberg Rebuttal Ex. B - 092 | |
| PTX-275 | | | Goldberg Rebuttal Ex. B - 093 | |
| PTX-276 | | | Goldberg Rebuttal Ex. B - 094 | |
| PTX-277 | | | Goldberg Rebuttal Ex. B – 095 | |
| PTX-278 | | | Goldberg Rebuttal Ex. B – 096 | |
| PTX-279 | | | Goldberg Rebuttal Ex. B - 097 | |
| PTX-280 | | | Goldberg Rebuttal Ex. B – 098 | |
| PTX-281 | | | Goldberg Rebuttal Ex. B - 099 | |
| PTX-282 | | | Goldberg Rebuttal Ex. B – 100 | |
| PTX-283 | | | Goldberg Rebuttal Ex. B – 101 | |
| PTX-284 | | | Goldberg Rebuttal Ex. B – 102 | |
| PTX-285 | | | Goldberg Rebuttal Ex. B - 103 | |
| PTX-286 | | | Goldberg Rebuttal Ex. B - 104 | |
| PTX-287 | | | Goldberg Rebuttal Ex. B - 105 | |
| PTX-288 | | | Goldberg Rebuttal Ex. B - 106 | |
| PTX-289 | | | Goldberg Rebuttal Ex. B – 107 | |
| PTX-290 | | | Goldberg Rebuttal Ex. B - 108 | |
| PTX-291 | | | Goldberg Rebuttal Ex. B - 109 | |
| PTX-292 | | | Goldberg Rebuttal Ex. B - 110 | |
| PTX-293 | | | Goldberg Rebuttal Ex. B - 111 | |
| PTX-294 | | | Goldberg Rebuttal Ex. B - 112 | |
| PTX-295 | | | Goldberg Rebuttal Ex. B - 113 | |
| PTX-296 | | | Goldberg Rebuttal Ex. B - 114 | |
| PTX-297 | | | Goldberg Rebuttal Ex. B - 115 | |
| PTX-298 | | | Goldberg Rebuttal Ex. B – 116 | |
| PTX-299 | | | Goldberg Rebuttal Ex. B – 117 | |
| PTX-300 | | | Goldberg Rebuttal Ex. B – 118 | |
| PTX-301 | | | Goldberg Rebuttal Ex. B – 119 | |
| PTX-302 | | | Goldberg Rebuttal Ex. B – 120 | |
| PTX-303 | | | Goldberg Rebuttal Ex. B – 121 | |
| PTX-304 | | | Goldberg Rebuttal Ex. B - 124 | |
| PTX-305 | | | Goldberg Rebuttal Ex. B - 125 | |
| PTX-306 | | | Goldberg Rebuttal Ex. B – 126 | I (Priv) |
| PTX-307 | | | Goldberg Rebuttal Ex. B – 127 | |
| PTX-308 | | | Goldberg Rebuttal Ex. B – 128 | |
| PTX-309 | | | Goldberg Rebuttal Ex. B - 129 | |
| PTX-310 | | | Goldberg Rebuttal Ex. B - 130 | |
| PTX-311 | | | Goldberg Rebuttal Ex. B - 131 | |
| PTX-312 | | | Goldberg Rebuttal Ex. B - 132 | |
| PTX-313 | | | Goldberg Rebuttal Ex. B - 133 | |
| PTX-314 | | | Goldberg Rebuttal Ex. B - 134 | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-315 | | | Goldberg Rebuttal Ex. B - 135 | |
| PTX-316 | | | Goldberg Rebuttal Ex. B - 136 | |
| PTX-317 | | | Goldberg Rebuttal Ex. B - 137 | |
| PTX-318 | | | Goldberg Rebuttal Ex. B - 138 | |
| PTX-319 | | | Goldberg Rebuttal Ex. B - 139 | |
| PTX-320 | | | Goldberg Rebuttal Ex. B - 140 | |
| PTX-321 | | | Goldberg Rebuttal Ex. B - 141 | |
| PTX-322 | | | Goldberg Rebuttal Ex. B - 142 | |
| PTX-323 | | | Goldberg Rebuttal Ex. B - 143 | |
| PTX-324 | | | Goldberg Rebuttal Ex. B - 144 | |
| PTX-325 | | | Goldberg Rebuttal Ex. B - 145 | |
| PTX-326 | | | Goldberg Rebuttal Ex. B - 146 | |
| PTX-327 | | | Goldberg Rebuttal Ex. B - 147 | |
| PTX-328 | | | Goldberg Rebuttal Ex. B - 148 | |
| PTX-329 | | | Goldberg Rebuttal Ex. B - 149 | |
| PTX-330 | | | Goldberg Rebuttal Ex. B - 150 | |
| PTX-331 | | | Goldberg Rebuttal Ex. B - 151 | |
| PTX-332 | | | Goldberg Rebuttal Ex. B - 152 | |
| PTX-333 | | | Goldberg Rebuttal Ex. B - 153 | |
| PTX-334 | | | Goldberg Rebuttal Ex. B - 154 | |
| PTX-335 | | | Goldberg Rebuttal Ex. B - 155 | |
| PTX-336 | | | Goldberg Sur-Rebuttal Ex. A – 17 | |
| PTX-337 | | | Goldberg Sur-Rebuttal Ex. A – 18 | |
| PTX-338 | | | Goldberg Sur-Rebuttal Ex. A – 19 | |
| PTX-339 | | | Goldberg Sur-Rebuttal Ex. A - 19(1) | |
| PTX-340 | | | Goldberg Sur-Rebuttal Ex. A - 19(2) | |
| PTX-341 | | | Goldberg Sur-Rebuttal Ex. A - 19(3) | |
| PTX-342 | | | Goldberg Sur-Rebuttal Ex. A - 20(1) | |
| PTX-343 | | | Goldberg Sur-Rebuttal Ex. A - 20(2) | |
| PTX-344 | | | Goldberg Sur-Rebuttal Ex. A - 20(3) | |
| PTX-345 | | | Goldberg Sur-Rebuttal Ex. A - 20(4) | |
| PTX-346 | | | Goldberg Sur-Rebuttal Ex. A - 21(1) | |
| PTX-347 | | | Goldberg Sur-Rebuttal Ex. A - 21(2) | |
| PTX-348 | | | Goldberg Sur-Rebuttal Ex. A - 22 | |
| PTX-349 | | | Goldberg Sur-Rebuttal Ex. A - 23(1) | |
| PTX-350 | | | Goldberg Sur-Rebuttal Ex. A - 23(2) | |
| PTX-351 | | | Goldberg Sur-Rebuttal Ex. A - 23(3) | |
| PTX-352 | | | Goldberg Sur-Rebuttal Ex. A - 24 | |
| PTX-353 | | | Goldberg Sur-Rebuttal Ex. A - 25(1) | |
| PTX-354 | | | Goldberg Sur-Rebuttal Ex. A - 25(2) | |
| PTX-355 | | | Goldberg Sur-Rebuttal Ex. A - 25(3) | |
| PTX-356 | | | Goldberg Sur-Rebuttal Ex. A - 26 | |
| PTX-357 | | | Goldberg Sur-Rebuttal Ex. A - 27(1) | |
| PTX-358 | | | Goldberg Sur-Rebuttal Ex. A - 27(2) | |
| PTX-359 | | | Goldberg Sur-Rebuttal Ex. A - 27(3) | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-360 | | | Goldberg Sur-Rebuttal Ex. A - 27(4) | |
| PTX-361 | | | Goldberg Sur-Rebuttal Ex. A - 27(5) | |
| PTX-362 | | | Goldberg Sur-Rebuttal Ex. A - 28 | |
| PTX-363 | | | Goldberg Sur-Rebuttal Ex. A - 29 | |
| PTX-364 | | | Goldberg Sur-Rebuttal Ex. A - 30 | |
| PTX-365 | | | Goldberg Sur-Rebuttal Ex. A - 31 | |
| PTX-366 | | | Goldberg Sur-Rebuttal Ex. A - 32 | |
| PTX-367 | | | Goldberg Sur-Rebuttal Ex. A - 33 | |
| PTX-368 | | | Goldberg Sur-Rebuttal Ex. A - 34 | |
| PTX-369 | | | Images of BestMed DTT (KD-2200, KD-2201, KD-2210, KD-2220, and BestMed Mini) devices and packaging | Cannot Respond |
| PTX-370 | | | Images of Instructions for Use for BestMed DTT (KD-2200, KD 2201, KD-2210, KD-2220, and BestMed Mini) devices and packaging. | Cannot Respond |
| PTX-371 | | | Images of Instructions for Use for Medisim FHT-1, FHT-1a, FHT-5, FHT-6, and Mother's Touch devices and packaging | Cannot Respond |
| PTX-372 | | | Images of Medisim FHT-1, FHT-1a, FHT-5, FHT-6, and Mother's Touch devices and packaging | Cannot Respond |
| PTX-373 | | | Keegan 1 | R – Excluded |
| PTX-374 | | | Keegan 2 | R – Excluded |
| PTX-375 | | | Keegan 3 | R – Excluded |
| PTX-376 | | | Lipson a | |
| PTX-377 | K-J 00105 | K-J 00119 | Lipson ae | |
| PTX-378 | | | Lipson b | |
| PTX-379 | | | Lipson bb | |
| PTX-380 | | | Lipson c | |
| PTX-381 | MED000011 | MED000298 | Lipson cc | |
| PTX-382 | | | Lipson d | |
| PTX-383 | | | Lipson d | DUP |
| PTX-384 | | | Lipson e | |
| PTX-385 | | | Lipson ee | |
| PTX-386 | | | Lipson f | |
| PTX-387 | | | Lipson ff | |
| PTX-388 | | | Lipson g | |
| PTX-389 | | | Lipson gg | |
| PTX-390 | | | Lipson h | |
| PTX-391 | | | Lipson hh | |
| PTX-392 | | | Lipson ii | |
| PTX-393 | | | Lipson n (ASTM E1112-00) | |
| PTX-394 | | | Lipson o | |
| PTX-395 | | | Lipson p | |
| PTX-396 | | | Lipson q | |
| PTX-397 | | | Lipson r | |
| PTX-398 | | | Lipson Reb b | |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-399 | JG 0001 | JG 0472 | Lipson Reb d | Cannot Respond |
| PTX-400 | MED018112 | | Lipson Reb g | |
| PTX-401 | MED016836 | MED016898 | Lipson Reb h | |
| PTX-402 | B057158 | B057159 | Lipson Reb i | |
| PTX-403 | MED005060 | MED005066 | Lipson Reb j | |
| PTX-404 | | | Lipson Reb k | |
| PTX-405 | MED000095 | MED000119 | Lipson Reb l | |
| PTX-406 | MED000163 | MED000170 | Lipson Reb m | |
| PTX-407 | JG 0142 | JG 0361 | Lipson Reb n | |
| PTX-408 | | | Lipson Reb o | |
| PTX-409 | | | Lipson Reb p | |
| PTX-410 | | | Lipson Reb q | |
| PTX-411 | | | Lipson Reb r | |
| PTX-412 | | | Lipson s | |
| PTX-413 | | | Lipson t | |
| PTX-414 | | | Lipson u | |
| PTX-415 | | | Lipson v | |
| PTX-416 | | | Lipson w | |
| PTX-417 | K-J 002762 | K-J 02870 | Lipson x | Cannot Respond |
| PTX-418 | K-J 01372 | K-J 01386 | Lipson y | |
| PTX-419 | K-J 01361 | K-J 01367 | Lipson z | |
| PTX-420 | | | McSorley Attachment 2 - Other Records 10 | |
| PTX-421 | | | McSorley Attachment 2 - Other Records 6 | |
| PTX-422 | | | McSorley Attachment 2 - Other Records 7 | |
| PTX-423 | | | McSorley Attachment 2 - Other Records 8 | |
| PTX-424 | | | McSorley Attachment 2 - Other Records 9 | |
| PTX-425 | | | Medisim Responsive Rule 56.1 Statement [D.E. 112] | Cannot Respond |
| PTX-426 | | | Medisim Revised Reply to Rule 56.1 [D.E. 120] | Cannot Respond |
| PTX-427 | | | Medisim Rule 26(a) Initial Disclosures | Cannot Respond |
| PTX-428 | | | Medisim Rule 56.1 Statement [D.E. 93] | Cannot Respond |
| PTX-429 | | | PX-001 | R |
| PTX-430 | K-J 02829 | K-J 02738 | PX-002 | R, H |
| PTX-431 | K-J 02739 | | PX-003 | R, H |
| PTX-432 | B000769 | B000787 | PX-004 | R, H |
| PTX-433 | K-J 01018 | K-J 01020 | PX-005 | R |
| PTX-434 | K-J 01953 | K-J 01957 | PX-006 | |
| PTX-435 | K-J 01972 | | PX-007 | R, H, UP |
| PTX-436 | B002711 | | PX-009 | R, H, UP |
| PTX-437 | K-J 01352 | K-J 01356 | PX-010 | R, UP |
| PTX-438 | B001724 | B001725 | PX-011 | R, H, UP |
| PTX-439 | B001172 | | PX-012 | |
| PTX-440 | K-J 01999 | | PX-013 | |
| PTX-441 | B006894 | | PX-014 | R, H, |
| PTX-442 | K-J 02544 | K-J 02547 | PX-015 | R, H |
| PTX-443 | K-J 02557 | | PX-016 | R, H,UP |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-444 | B048523 | | PX-017 | R, H, UP |
| PTX-445 | B000186 | | PX-018 | R, H, UP |
| PTX-446 | K-J 02560 | | PX-019 | R, H, UP |
| PTX-447 | B008657 | | PX-020 | R, H, UP |
| PTX-448 | B014275 | B014279 | PX-021 | R, H, |
| PTX-449 | K-J 02399 | K-J 02401 | PX-022 | R, H, UP |
| PTX-450 | B049598 | B049599 | PX-024 | R |
| PTX-451 | K-J 00068 | K-J 00198 | PX-025 | |
| PTX-452 | K-J 00105 | K-J 00119 | PX-026 | |
| PTX-453 | B013526 | B013529 | PX-027 | R, H |
| PTX-454 | B050629 | B050630 | PX-028 | |
| PTX-455 | B015128 | B015129 | PX-029 | R, H |
| PTX-456 | B050717 | | PX-030 | |
| PTX-457 | B015710 | | PX-031 | R, H, UP |
| PTX-458 | B000683 | | PX-032 | R, H, UP |
| PTX-459 | B053240 | B053241 | PX-033 | R, H, UP, I(407) |
| PTX-460 | B053936 | | PX-034 | |
| PTX-461 | B000598 | B000599 | PX-035 | |
| PTX-462 | B053958 | | PX-036 | |
| PTX-463 | B042167 | B042171 | PX-037 | R, H, UP |
| PTX-464 | B055566 | B055580 | PX-038 | R, H, UP |
| PTX-465 | B055719 | | PX-039 | R, H, UP, I(408) |
| PTX-466 | K-J 01361 | K-J 01772 | PX-040 | |
| PTX-467 | K-J 01750 | K-J 01772 | PX-041 | R, H, |
| PTX-468 | K-J 00504 | | PX-042 | R, H, A |
| PTX-469 | K-J 01258 | K-J 01260 | PX-043 | R, H, |
| PTX-470 | K-J 02612 | K-J 02614 | PX-044 | |
| PTX-471 | K-J 00199 | K-J 00260 | PX-045 | R, H |
| PTX-472 | | | PX-046 | |
| PTX-473 | K-J 02618 | K-J 02623 | PX-047 | |
| PTX-474 | K-J 02624 | | PX-048 | |
| PTX-475 | K-J 02628 | K-J 02632 | PX-049 | |
| PTX-476 | B056118 | B056122 | PX-050 | |
| PTX-477 | K-J 02639 | K-J 02641 | PX-051 | |
| PTX-478 | | | PX-053 | R, H |
| PTX-479 | B000398 | B000402 | PX-054 | |
| PTX-480 | B051995 | B054759 | PX-056 | R, H, |
| PTX-481 | K-J 00293 | K-J 00298 | PX-060 | |
| PTX-482 | | | PX-065 | R |
| PTX-483 | B000769 | B000787 | PX-067 | R, H |
| PTX-484 | B001659 | B001660 | PX-068 | |
| PTX-485 | K-J 01810 | | PX-069 | R, H, |
| PTX-486 | B057153 | B057155 | PX-070 | R, H |
| PTX-487 | B000001 | B000006 | PX-071 | |
| PTX-488 | K-J 01998 | | PX-072 | R,H, |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-489 | B001068 | | PX-073 | |
| PTX-490 | B047743 | | PX-073 | |
| PTX-491 | B001210 | B001213 | PX-074 | |
| PTX-492 | B000075 | B00088 | PX-075 | |
| PTX-493 | B001499 | B001503 | PX-076 | |
| PTX-494 | B001526 | B001527 | PX-077 | |
| PTX-495 | B001556 | B001506 | PX-078 | |
| PTX-496 | B001634 | B001639 | PX-079 | |
| PTX-497 | B001671 | B001673 | PX-080 | |
| PTX-498 | B001684 | B001689 | PX-081 | |
| PTX-499 | B001749 | | PX-082 | |
| PTX-500 | B000047 | B000048 | PX-083 | |
| PTX-501 | B001776 | B001781 | PX-084 | |
| PTX-502 | K-J 01999 | | PX-085 | |
| PTX-503 | B005751 | B005753 | PX-086 | |
| PTX-504 | K-J 02008 | K-J 02009 | PX-087 | R, H, UP |
| PTX-505 | K-J 02296 | K-J 02309 | PX-088 | |
| PTX-506 | K-J 02537 | K-J 02538 | PX-089 | R, H, UP |
| PTX-507 | B006921 | | PX-090 | R, H, UP |
| PTX-508 | B048516 | | PX-091 | R, H, UP |
| PTX-509 | B007594 | | PX-092 | R, H, UP |
| PTX-510 | B048544 | B048545 | PX-093 | R, H, UP |
| PTX-511 | B008001 | B008003 | PX-094 | R, H, UP |
| PTX-512 | B048819 | | PX-095 | R, H, UP |
| PTX-513 | B009128 | | PX-096 | R, H |
| PTX-514 | B010251 | | PX-097 | |
| PTX-515 | B010269 | B010272 | PX-098 | |
| PTX-516 | B010826 | B010827 | PX-099 | R, H, UP |
| PTX-517 | B002616 | | PX-100 | R, H, UP |
| PTX-518 | | | PX-101 | |
| PTX-519 | B013975 | | PX-102 | R, H, UP |
| PTX-520 | B012650 | B012651 | PX-103 | R, H, UP |
| PTX-521 | B014377 | B014380 | PX-104 | R, H, UP |
| PTX-522 | B000234 | B000235 | PX-105 | |
| PTX-523 | B012927 | | PX-106 | R, H, UP |
| PTX-524 | B013301 | | PX-107 | R, H, UP |
| PTX-525 | B014480 | B04481(14481) | PX-108 | R, H, UP |
| PTX-526 | B014899 | | PX-109 | R, H, UP |
| PTX-527 | B050629 | B050630 | PX-111 | R, H, UP |
| PTX-528 | B015146 | | PX-112 | R, H, UP |
| PTX-529 | B050717 | | PX-113 | |
| PTX-530 | B016804 | B016806 | PX-114 | R, H, UP |
| PTX-531 | B019526 | B019527 | PX-115 | |
| PTX-532 | | | PX-116 | |
| PTX-533 | B052708 | B052709 | PX-117 | R, H, UP |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-534 | B053022 | B053043 | PX-118 | R, H, UP, I(407) |
| PTX-535 | B000754 | | PX-119 | |
| PTX-536 | B053813 | B053814 | PX-120 | R, H, UP |
| PTX-537 | B053936 | | PX-121 | |
| PTX-538 | B000708 | B000710 | PX-122 | |
| PTX-539 | B000627 | B000680 | PX-123 | |
| PTX-540 | B042167 | B042168 | ~~PX-123~~ | R, H, UP |
| PTX-541 | B000790 | B000812 | PX-124 | R, H, UP |
| PTX-542 | B040100 | B040106 | PX-125 | R, H, UP |
| PTX-543 | | | PX-126 | |
| PTX-544 | B000841 | | PX-127 | R, H, UP |
| PTX-545 | B038202 | B038206 | PX-129 | R, H, UP |
| PTX-546 | B000790 | B000812 | PX-130 | |
| PTX-547 | B057161 | B057170 | PX-131 | R, H, UP |
| PTX-548 | B057538 | | PX-132 | |
| PTX-549 | B010082 | B001083 | PX-133 | R, H, UP |
| PTX-550 | B058535 | B058552 | PX-134 | R, H, UP |
| PTX-551 | B052000 | B052015 | PX-135 | R, H, UP |
| PTX-552 | B052058 | B052077 | PX-136 | R, H, UP |
| PTX-553 | B054679 | B054682 | PX-137 | R, H, UP |
| PTX-554 | B054725 | B054729 | PX-138 | R, H, UP |
| PTX-555 | B058591 | B058612 | PX-139 | R, H, UP |
| PTX-556 | B000073 | B000074 | PX-140 | |
| PTX-557 | | | PX-141 | R, H, UP |
| PTX-558 | | | PX-142 | |
| PTX-559 | B000016 | B000017 | PX-144 | |
| PTX-560 | B000007 | B000009 | PX-145 | |
| PTX-561 | B000026 | B000027 | PX-146 | |
| PTX-562 | B000028 | | PX-147 | R, H, UP |
| PTX-563 | B047935 | | PX-148 | R, H, UP |
| PTX-564 | B048042 | B048045 | PX-149 | R, H, UP |
| PTX-565 | B002402 | B002404 | PX-150 | R, H, UP |
| PTX-566 | K-J 02010 | | PX-151 | |
| PTX-567 | B007015 | B007016 | PX-152 | R, H, UP |
| PTX-568 | B000092 | B000093 | PX-154 | |
| PTX-569 | B048997 | | PX-155 | |
| PTX-570 | B009978 | B009979 | PX-156 | |
| PTX-571 | B000289 | B000290 | PX-157 | |
| PTX-572 | B049641 | B049643 | PX-158 | |
| PTX-573 | B049683 | | PX-159 | R, H, UP |
| PTX-574 | B013298 | | PX-160 | R, H, UP, I(407) |
| PTX-575 | B013526 | B013529 | PX-161 | R, H |
| PTX-576 | B000190 | | PX-162 | |
| PTX-577 | B015150 | | PX-163 | |
| PTX-578 | B050757 | B050759 | PX-164 | R, H, UP |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-579 | B018298 | B018301 | PX-165 | R, H, UP, I(407) |
| PTX-580 | B018310 | | PX-166 | R, H |
| PTX-581 | B018457 | B018459 | PX-167 | R, H, UP |
| PTX-582 | B051081 | B051083 | PX-168 | H, UP, I(407,408) |
| PTX-583 | B049478 | B019479 | PX-169 | |
| PTX-584 | B000094 | B000095 | PX-170 | |
| PTX-585 | B000685 | B000686 | PX-172 | |
| PTX-586 | B052658 | | PX-173 | R, H, UP |
| PTX-587 | B052658 | | PX-173 | R, H, UP |
| PTX-588 | B023615 | B023616 | PX-174 | R, H, UP |
| PTX-589 | B024354 | | PX-175 | |
| PTX-590 | B024938 | B024939 | PX-176 | |
| PTX-591 | B053369 | B053373 | PX-177 | R, H, UP |
| PTX-592 | B058630 | B058672 | PX-178 | R, H, UP, I (Priv) |
| PTX-593 | B040559 | | PX-179 | R, H, UP |
| PTX-594 | B027930 | | PX-180 | R, H, UP |
| PTX-595 | B007656 | | PX-181 | R, H, UP |
| PTX-596 | B019074 | | PX-182 | R, H, UP |
| PTX-597 | B016563 | | PX-183 | R, H, UP |
| PTX-598 | B012923 | | PX-184 | R, H, UP |
| PTX-599 | B009128, B011293 | | PX-185 | R, H, UP |
| PTX-600 | B005442 | B005443 | PX-186 | R, H, UP |
| PTX-601 | B000515 | B000539 | PX-187 | R, H |
| PTX-602 | | | PX-188 | R, H |
| PTX-603 | B053282 | B053284 | PX-189 | R, H, UP |
| PTX-604 | | | U.S. Provisional Patent Application No. 60/572,651 | |
| PTX-605 | B000010 | B000011 | | |
| PTX-606 | B000021 | B000022 | | |
| PTX-607 | B000040 | | | |
| PTX-608 | B000042 | B000043 | | |
| PTX-609 | B000044 | B000045 | | |
| PTX-610 | B000057 | B000058 | | |
| PTX-611 | B000070 | | | |
| PTX-612 | B000075 | B00088 | | |
| PTX-613 | B000089 | B000090 | | |
| PTX-614 | B000091 | | | |
| PTX-615 | B000096 | B000098 | | |
| PTX-616 | B000189 | | | R, H, UP |
| PTX-617 | B00019 | | | |
| PTX-618 | B000196 | | | |
| PTX-619 | B000197 | | | R, H, UP |
| PTX-620 | B000219 | | | R, H |
| PTX-621 | B000275 | B000278 | | R, H, UP |
| PTX-622 | B000291 | B000292 | | |
| PTX-623 | B000321 | | | R, H |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|------|-----------|-----------|--------------------------|------------|
| PTX-624 | B000322 | B000324 | | R, H, UP |
| PTX-625 | B000405 | | | |
| PTX-626 | B000515 | B000550 | | R, H |
| PTX-627 | B000568 | B000599 | | Cannot Respond |
| PTX-628 | B000600 | | | |
| PTX-629 | B000601 | B000610 | | |
| PTX-630 | B000611 | | | R, H, UP |
| PTX-631 | B000612 | B000614 | | R, H, UP |
| PTX-632 | B000615 | | | |
| PTX-633 | B000616 | B000618 | | |
| PTX-634 | B000619 | B000622 | | |
| PTX-635 | B000623 | B000625 | | |
| PTX-636 | B000626 | | | |
| PTX-637 | B000684 | | | |
| PTX-638 | B000687 | B000688 | | |
| PTX-639 | B000753 | | | R, H, UP |
| PTX-640 | B000755 | B000756 | | R, H, UP |
| PTX-641 | B000768 | | | |
| PTX-642 | B000938 | B000940 | | |
| PTX-643 | B001083 | B001098 | | |
| PTX-644 | B001177 | | | R, H, UP |
| PTX-645 | B001206 | B001207 | | |
| PTX-646 | B001225 | B001241 | | R, H, UP |
| PTX-647 | B001554 | B001555 | | |
| PTX-648 | B001562 | B001563 | | R, H |
| PTX-649 | B001584 | | | R, H |
| PTX-650 | B001784 | B001786 | | |
| PTX-651 | B001968 | B001971 | | |
| PTX-652 | B002202 | B002206 | | R, H |
| PTX-653 | B002468 | B002469 | | |
| PTX-654 | B002616 | | | R, H |
| PTX-655 | B005204 | B005206 | | |
| PTX-656 | B005216 | B005220 | | R, H |
| PTX-657 | B005275 | B005277 | | R, H |
| PTX-658 | B005335 | B005336 | | R, H |
| PTX-659 | B005442 | B005443 | | R, H, UP |
| PTX-660 | B005531 | | | R, H |
| PTX-661 | B005739 | B005745 | | R, H |
| PTX-662 | B005751 | B005753 | | |
| PTX-663 | B005756 | B005757 | | R, H |
| PTX-664 | B005825 | B005827 | | R, H |
| PTX-665 | B005940 | B005941 | | |
| PTX-666 | B006106 | | | R, H |
| PTX-667 | B006259 | B006261 | | R, H |
| PTX-668 | B006262 | B006265 | | R, H |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-669 | B006890 | B006891 | | R, H, UP |
| PTX-670 | B006920 | | | R, H, UP |
| PTX-671 | B007655 | B007656 | | R, H, UP |
| PTX-672 | B007709 | | | I(Priv) |
| PTX-673 | B008001 | B008003 | | R, H, UP |
| PTX-674 | B008163 | B008166 | | R, H, UP |
| PTX-675 | B008179 | | | R, H, UP |
| PTX-676 | B010251 | | | |
| PTX-677 | B010400 | B010403 | | R, H, UP |
| PTX-678 | B010455 | B010456 | | R, H, UP |
| PTX-679 | B010863 | B010908 | | R, H, UP |
| PTX-680 | B011018 | B011019 | | R, H, UP |
| PTX-681 | B012628 | | | R, H, UP |
| PTX-682 | B012637 | B012638 | | R, H, UP |
| PTX-683 | B012693 | | | R, H, UP |
| PTX-684 | B012709 | | | |
| PTX-685 | B012713 | | | R, H, UP |
| PTX-686 | B012922 | B012923 | | R, H, UP |
| PTX-687 | B013246 | B013247 | | R, H, UP |
| PTX-688 | B013308 | B013309 | | R, H, UP |
| PTX-689 | B013312 | B013314 | | R, H, UP |
| PTX-690 | B013450 | B013452 | | R, H |
| PTX-691 | B013526 | B013529 | | R, H, UP |
| PTX-692 | B013632 | B013634 | | R, H, UP |
| PTX-693 | B013859 | B013888 | | R, H |
| PTX-694 | B014156 | B014157 | | R, H, UP |
| PTX-695 | B014215 | B014220 | | R, H |
| PTX-696 | B014237 | B014238 | | R, H |
| PTX-697 | B014249 | B01450 | | R, H |
| PTX-698 | B014371 | | | R, H |
| PTX-699 | B014600 | B014602 | | R, H |
| PTX-700 | B014862 | B014863 | | R, H |
| PTX-701 | B014891 | | | R, H, UP |
| PTX-702 | B014958 | | | R, H, UP |
| PTX-703 | B015146 | B015149 | | R, H, UP |
| PTX-704 | B015185 | B015189 | | R, H, UP |
| PTX-705 | B015599 | B015600 | | R, H, UP |
| PTX-706 | B015678 | B015683 | | R, H, UP |
| PTX-707 | B015732 | | | R, H, UP |
| PTX-708 | B015817 | B015822 | | R, H, UP |
| PTX-709 | B015896 | | | R, H |
| PTX-710 | B015943 | B015946 | | R, H |
| PTX-711 | B016556 | B016557 | | |
| PTX-712 | B016562 | B016564 | | R, H, UP |
| PTX-713 | B016719 | B016722 | | R, H, UP |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|------|-----------|-----------|--------------------------|------------|
| PTX-714 | B016882 | B016883 | | |
| PTX-715 | B017291 | B017293 | | R, H, UP |
| PTX-716 | B017655 | B017657 | | R, H, UP |
| PTX-717 | B018263 | B018264 | | R, H, UP |
| PTX-718 | B018282 | | | R, H, UP |
| PTX-719 | B018484 | | | R, H, UP |
| PTX-720 | B018662 | B018663 | | |
| PTX-721 | B018881 | | | R, H, UP |
| PTX-722 | B019056 | B019058 | | R, H, UP |
| PTX-723 | B019073 | B019075 | | R, H, UP |
| PTX-724 | B019107 | | | R, H, UP |
| PTX-725 | B019111 | B019112 | | R, H, I(407) |
| PTX-726 | B019140 | B019142 | | R, H, I(407) |
| PTX-727 | B019145 | B019148 | | |
| PTX-728 | B019198 | B019203 | | R, H, I(407) |
| PTX-729 | B019360 | | | R, H, I(407) |
| PTX-730 | B019437 | | | R, H |
| PTX-731 | B019464 | B019466 | | R, H, I(407) |
| PTX-732 | B019558 | B019559 | | R, H |
| PTX-733 | B019597 | | | R, H, UP |
| PTX-734 | B019598 | B019600 | | R, H, UP |
| PTX-735 | B019622 | B019624 | | R, H, UP |
| PTX-736 | B020111 | B020119 | | R, H |
| PTX-737 | B020158 | B020162 | | R, H |
| PTX-738 | B023194 | B023197 | | R, H |
| PTX-739 | B023214 | B023215 | | |
| PTX-740 | B023296 | B023297 | | |
| PTX-741 | B023454 | B023459 | | R, H |
| PTX-742 | B023615 | B023616 | | R, H, UP |
| PTX-743 | B023628 | B023629 | | R, H, UP |
| PTX-744 | B026217 | B026219 | | R, H, UP |
| PTX-745 | B027244 | B027245 | | |
| PTX-746 | B027929 | B027931 | | R, H, UP |
| PTX-747 | B031184 | | | R, H, UP |
| PTX-748 | B032312 | B032314 | | R, H, UP |
| PTX-749 | B033048 | B033054 | | R, H |
| PTX-750 | B033082 | | | R, H, UP |
| PTX-751 | B033395 | B033397 | | R, H, UP |
| PTX-752 | B033398 | B033401 | | R, H, UP |
| PTX-753 | B037300 | B037304 | | R, H |
| PTX-754 | B037430 | B037431 | | R, H |
| PTX-755 | B038O202 | B038206 | | R, H, UP |
| PTX-756 | B038134 | B038168 | | R, H |
| PTX-757 | B038712 | B038716 | | R, H |
| PTX-758 | B040100 | B040104 | | R, H, UP |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|-----|-----------|-----------|--------------------------|------------|
| PTX-759 | B040558 | B040560 | | R, H, UP |
| PTX-760 | B041322 | B041538 | | R, H |
| PTX-761 | B041695 | B041697 | | R, H |
| PTX-762 | B041708 | B041712 | | R, H, UP |
| PTX-763 | B041715 | | | R, H |
| PTX-764 | B041753 | B041791 | | R, H |
| PTX-765 | B041811 | B041821 | | R, H |
| PTX-766 | B043315 | B043318 | | R, H |
| PTX-767 | B045750 | B045752 | | R, H, UP |
| PTX-768 | B045897 | B045909 | | |
| PTX-769 | B048131 | | | R, H, UP |
| PTX-770 | B048158 | | | R, H |
| PTX-771 | B048416 | | | R, H, UP |
| PTX-772 | B048554 | | | R, H, UP |
| PTX-773 | B048651 | B048656 | | R, H, I(407) |
| PTX-774 | B048871 | B048875 | | R, H, UP |
| PTX-775 | B048950 | B048951 | | R, H, UP |
| PTX-776 | B049365 | B049380 | | R, H |
| PTX-777 | B049598 | B049683 | | R, H |
| PTX-778 | B050072 | B050074 | | R, H, UP |
| PTX-779 | B050086 | B050089 | | R, H, UP |
| PTX-780 | B050301 | B050306 | | R, H, UP |
| PTX-781 | B050311 | | | R, H, UP |
| PTX-782 | B050592 | | | R, H, UP |
| PTX-783 | B050629 | B050630 | | |
| PTX-784 | B050631 | | | R, H, UP |
| PTX-785 | B050635 | | | R, H, I(407) |
| PTX-786 | B050717 | | | |
| PTX-787 | B051012 | B051015 | | R, H, UP, I(407) |
| PTX-788 | B051036 | B051037 | | R, H, UP, I(407) |
| PTX-789 | B051226 | B051227 | | R, H, UP |
| PTX-790 | B051289 | B051294 | | R, H, UP |
| PTX-791 | B051945 | B051947 | | R, H, UP |
| PTX-792 | B051986 | B052130 | | R, H |
| PTX-793 | B052037 | B052101 | | R, H |
| PTX-794 | B052673 | B052674 | | R, H, UP |
| PTX-795 | B052701 | | | |
| PTX-796 | B052710 | B052711 | | |
| PTX-797 | B052719 | B052721 | | |
| PTX-798 | B052726 | B052729 | | |
| PTX-799 | B052730 | B052733 | | |
| PTX-800 | B052743 | B052744 | | |
| PTX-801 | B052755 | B052758 | | |
| PTX-802 | B052983 | | | |
| PTX-803 | B053001 | B053002 | | R, H, UP |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|------|-----------|-----------|--------------------------|------------|
| PTX-804 | B053105 | B053107 | | R, H, UP |
| PTX-805 | B053108 | B053109 | | R, H, UP |
| PTX-806 | B053133 | B053139 | | R, H, UP |
| PTX-807 | B053240 | B053264 | | R, H, UP, I(407) |
| PTX-808 | B053333 | B053336 | | R, H |
| PTX-809 | B053345 | B053346 | | R, H |
| PTX-810 | B053383 | | | R, H, UP |
| PTX-811 | B053388 | B053389 | | R, H, UP |
| PTX-812 | B053393 | | | R, H, UP |
| PTX-813 | B053423 | | | R, H |
| PTX-814 | B053586 | B053626 | | R, H |
| PTX-815 | B053729 | B053731 | | R, H |
| PTX-816 | B053936 | | | |
| PTX-817 | B053957 | | | R, H |
| PTX-818 | B054366 | B054367 | | R, H |
| PTX-819 | B054658 | B054765 | | R, H |
| PTX-820 | B055907 | B055908 | | R, H |
| PTX-821 | B056640 | B056641 | | R, H |
| PTX-822 | B056646 | B056647 | | R, H |
| PTX-823 | B056649 | | | R, H |
| PTX-824 | B056689 | | | R, H |
| PTX-825 | B056800 | B056801 | | R, H |
| PTX-826 | B056802 | B056803 | | R, H, UP |
| PTX-827 | B058569 | B058629 | | R, H |
| PTX-828 | B058673 | B058674 | | |
| PTX-829 | B058675 | B058678 | | |
| PTX-830 | B058720 | B058722 | | |
| PTX-831 | B058723 | B058817 | | |
| PTX-832 | K-J 00084 | K-J 00203 | | Cannot Respond |
| PTX-833 | K-J 00240 | K-J 00261 | | R, H, UP |
| PTX-834 | K-J 00293 | K-J 00298 | | |
| PTX-835 | K-J 00370 | | | R, H |
| PTX-836 | K-J 00506 | | | R, H |
| PTX-837 | K-J 00510 | | | R, H |
| PTX-838 | K-J 00566 | K-J 00569 | | R, H |
| PTX-839 | K-J 00690 | K-J 00693 | | |
| PTX-840 | K-J 00696 | K-J 01013 | | |
| PTX-841 | K-J 01210 | K-J 01212 | | R, H, UP |
| PTX-842 | K-J 01258 | K-J 01260 | | |
| PTX-843 | K-J 01258 | K-J 01260 | | |
| PTX-844 | K-J 01278 | | | |
| PTX-845 | K-J 01289 | K-J 01300 | | R, H |
| PTX-846 | K-J 01325 | K-J 01351 | | |
| PTX-847 | K-J 01361 | K-J 01772 | | |
| PTX-848 | K-J 01773 | K-J 01774 | | R, H |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-849 | K-J 01780 | K-J 01804 | | |
| PTX-850 | K-J 01813 | K-J 01814 | | |
| PTX-851 | K-J 01834 | K-J 01838 | | |
| PTX-852 | K-J 01854 | K-J 01883 | | |
| PTX-853 | K-J 01918 | K-J 01933 | | |
| PTX-854 | K-J 01934 | K-J01944 | | |
| PTX-855 | K-J 01953 | K-J 01957 | | |
| PTX-856 | K-J 01958 | K-J 01971 | | R, H, UP |
| PTX-857 | K-J 01980 | K-J 01983 | | |
| PTX-858 | K-J 01999 | | | |
| PTX-859 | K-J 02002 | K-J 02003 | | R, H |
| PTX-860 | K-J 02002 | K-J 02003 | | R, H |
| PTX-861 | K-J 02008 | K-J 02010 | | 2 docs, R, H, UP |
| PTX-862 | K-J 02021 | K-J 02024 | | |
| PTX-863 | K-J 02059 | K-J 02060 | | |
| PTX-864 | K-J 02089 | K-J 02092 | | |
| PTX-865 | K-J 02103 | K-J 02106 | | |
| PTX-866 | K-J 02200 | K-J 02214 | | |
| PTX-867 | K-J 02317 | | | |
| PTX-868 | K-J 02333 | K-J 02337 | | |
| PTX-869 | K-J 02338 | | | R, H, UP |
| PTX-870 | K-J 02339 | | | |
| PTX-871 | K-J 02399 | K-J 02401 | | R, H, UP |
| PTX-872 | K-J 02416 | K-J 02418 | | |
| PTX-873 | K-J 02427 | K-J 02431 | | |
| PTX-874 | K-J 02451 | | | |
| PTX-876 | K-J 02452 | | | R, H, UP |
| PTX-877 | K-J 02544 | K-J 02547 | | R, H |
| PTX-878 | K-J 02557 | | | R, H,UP |
| PTX-879 | K-J 02560 | K-J 02562 | | 3 docs, R, H, UP |
| PTX-880 | K-J 02563 | K-J 02565 | | R, H, UP |
| PTX-881 | K-J 02563 | K-J 02569 | | R H, UP |
| PTX-882 | K-J 02575 | K-J 02580 | | R, H, UP |
| PTX-883 | K-J 02575 | K-J 02580 | | |
| PTX-884 | K-J 02581 | K-J 02583 | | R, H, UP |
| PTX-885 | K-J 02584 | | | R, H, UP |
| PTX-886 | K-J 02591 | | | R, H, UP |
| PTX-887 | K-J 02597 | K-J 02598 | | R, H, UP |
| PTX-888 | K-J 02599 | K-J 02606 | | |
| PTX-889 | K-J 02607 | K-J 02608 | | R, H, UP |
| PTX-890 | K-J 02618 | K-J 02623 | | |
| PTX-891 | K-J 02628 | K-J 02632 | | |
| PTX-892 | K-J 02645 | | | |
| PTX-893 | K-J 02669 | K-J 02710 | | |
| PTX-894 | K-J 02762 | K-J 02767 | | Cannot Respond |

PLAINTIFF MEDISIM'S TRIAL EXHIBIT LIST

| PTX | BEG BATES | END BATES | DOC/DEP EX #/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| PTX-895 | K-J 02762 | K-J 02866 | | Cannot Respond |
| PTX-896 | K-J 02773 | K-J 02866 | | Cannot Respond |
| PTX-897 | K-J 0696 | K-J 01013 | | |
| PTX-898 | K-J 1018 | K-J 01020 | | R |
| PTX-899 | K-J 2560 | K-J 02562 | | 3 docs, R, H, UP |
| PTX-900 | MED000611 | MED000779 | | |
| PTX-901 | MED0016836 | MED0016898 | | |
| PTX-902 | MED004924 | | | |
| PTX-903 | MED004925 | | | |
| PTX-904 | MED004926 | | | |
| PTX-905 | MED004927 | | | |
| PTX-906 | MED004928 | MED04929 | | |
| PTX-907 | MED013362 | MED013371 | | |
| PTX-908 | MED014586 | MED014588 | | R, H |
| PTX-909 | MED015972 | MED015974 | | |
| PTX-910 | MED017921 | MED018039 | | Cannot Respond |
| PTX-911 | MED019000 | MED019001 | | |
| PTX-912 | MED019002 | MED019004 | | |
| PTX-913 | MED019005 | | | |
| PTX-914 | MED019006 | | | R |
| PTX-915 | MED019007 | | | R |
| PTX-916 | MED019008 | | | R, H |
| PTX-917 | MED019009 | MED019010 | | R, H |
| PTX-918 | MED019011 | MED019012 | | R, H |
| PTX-919 | MED019013 | | | R, H |
| PTX-920 | MED019014 | MED019017 | | R, H |
| PTX-921 | MED019018 | | | R, H |
| PTX-922 | MED019019 | | | R, H |
| PTX-923 | MED019020 | MED019021 | | R, H, UP |
| PTX-924 | MED019022 | | | R, H |
| PTX-925 | MED019023 | MED019025 | | R, H, UP |
| PTX-926 | MED019026 | | | R, H, UP |
| PTX-927 | MED019027 | MED019029 | | |
| PTX-928 | MED019030 | | | R, H |
| PTX-929 | MED019031 | | | R, H |
| PTX-930 | MED019032 | | | R, H |
| PTX-931 | MED019033 | MED019034 | | R, H, UP |
| PTX-932 | MED019035 | MED019038 | | R, H, UP |
| PTX-933 | MED019039 | MED019048 | | R |