Nicholas L. Coch
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9118
Facsimile: (212) 715-8000

Talivaldis Cepuritis
Joseph M. Kuo
Anita M. Cepuritis
Brian R. Michalek
Olson & Cepuritis, Ltd.
20 North Wacker Drive, 36th Floor
Chicago, Illinois 60606
Telephone: (312) 580-1180
Facsimile: (312) 580-1189

*Attorneys for Defendant-Counterclaimant BestMed, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEDISIM, LTD<br><br>            Plaintiff - Counterdefendant<br>      v.<br><br>BESTMED, LLC<br><br>            Defendant - Counterclaimant | Civil Action No.: 10-cv-2463 (SAS) (RLE)<br><br>**BESTMED, LLC'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR ALTERNATIVELY FOR A NEW TRIAL** |

**NOTICE IS HEREBY GIVEN** that, BestMed, LLC will hereby and does move before the Honorable Judge Scheindlin, Judge of the United States District Court for the Southern District of New York, at a time and place to be scheduled by this Court, for an order granting BestMed, LLC's Motion for Judgment as a Matter of Law. In particular, that BestMed, LLC is entitled to judgment as a matter of law that:

1) U.S. Patent No. 7,597,668 is Invalid as Anticipated;

2) U.S. Patent No. 7,597,668 is Invalid as Obvious;

3) U.S. Patent No. 7,597,668 is Invalid for Lack of Enablement;

4) U.S. Patent No. 7,597,668 is Invalid for Lack of Written Description;

5) BestMed, LLC Does Not Infringe U.S. Patent No. 7,597,668;

6) BestMed, LLC Does Not Induce Infringement of U.S. Patent No. 7,597,668;

7) BestMed, LLC Does Not Contribute to the Infringement of U.S. Patent No. 7,597,668;

8) BestMed LLC Does Not Willfully Infringe U.S. Patent No. 7,597,668;

9) Medisim, Ltd. is Not Entitled to the Jury Awarded Damages for Patent Infringement;

10) BestMed, LLC is Not Liable for Unjust Enrichment under New York Law;

11) Medisim, Ltd. Is Not Entitled to Damages for Unjust Enrichment Awarded by the Jury; and

12) Any further relief as this Court may deem just, proper, and equitable.

Alternatively, BestMed is entitled to a new trial on the aforementioned issues.

This Motion is based on BestMed, LLC's Memorandum of Law in Support of its Motion for Judgment as a Matter of Law, or Alternatively for a New Trial and the Declaration of Brian R. Michalek with all exhibits thereto submitted concurrently.

                                              Respectfully submitted,

Dated: March 4, 2013         By:  /s/ Joseph M. Kuo
                                       Talivaldis Cepuritis
                                       Joseph M. Kuo
                                       Anita M. Cepuritis
                                       Brian R. Michalek
                                       Olson & Cepuritis, Ltd.
                                       20 North Wacker Drive, 36th Floor
                                       Chicago, Illinois 60606
                                       Telephone: (312) 580-1180
                                       Facsimile: (312) 580-1189

                                       Nicholas L. Coch
                                       Kramer, Levin, Naftalis & Frankel, LLP
                                       1177 Avenue of the Americas

        New York, New York 10036
        Telephone: (212) 715-9118
        Facsimile: (212) 715-8000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2013, a copy of the foregoing **BESTMED, LLC'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR ALTERNATIVELY FOR A NEW TRIAL** was electronically filed with the Court via ECF which thereby served an e-mail notice upon the attorneys listed below:

>Scott S. Christie
>Keith J. McWha
>MCCARTER & ENGLISH, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, NJ 07102-4056
>Tel. No. (973) 622-4444
>Fax No. (973) 624-7070
>E-mail: schristie@mccarter.com
>             kmcwha@mccarter.com

　　　　　　　　　　/s/ Joseph M. Kuo