USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDISIM LTD., <br><br> Plaintiff, <br><br> v. <br><br> BESTMED, LLC, <br><br> Defendant. | Civil Action No. <br> 10-CV-2463 (SAS) (RLE) <br><br> JOINT STIPULATION TO DISMISS <br> WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' settlement agreement, both parties stipulate to dismiss all claims and counterclaims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: October 6th, 2014

By: /s/ Keith McWha

Keith McWha

**McCARTER & ENGLISH, LLP**
245 Park Avenue, 27th Floor
New York, New York 10167
(212) 609 – 6800
*Attorneys for Plaintiff and*
*Counterclaim Defendant Medisim Ltd.*

Dated: October 3, 2014

By: /s/ Manny Caixeiro

Manny Caixeiro

**PERKINS COIE, LLP**
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
(212) 262-6900
*Attorneys for Defendant and*
*Counterclaim Plaintiff BestMed, LLC.*

So Ordered:

/s/ Shira A. Scheindlin
U.S.D.J.
10/15/14

1

ME1 19002315v.1